James S. Coon, OSB # 77145
SWANSON, THOMAS & COON
Thomas Mann Building
820 SW Second Ave.
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: jcoon@stc-law.com
    Of Attorney for Plaintiff

FILED'06 MAY 02 12:31 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ALLAN L. HENON,**                                      Civil No.05-738-PK

    Plaintiff                                    **ORDER**

    v.

**JO ANNE B. BARNHART,**
Commissioner, Social Security
Administration,

    Defendant

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $1,752.50, costs in the amount of $ 263.10, and expenses in the amount of $ 46.18, for a total of $ 2,061.78 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this ___ day of May, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
JAMES S. COON
Attorney for Plaintiff

ORDER

SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Statement For Attorney Services & Costs (with attachments Exhibit A, Exhibit B and Letter from Plaintiff authorizing EAJA fees to be paid directly to Plaintiff's attorney) and Proposed Order, was electronically filed with the Clerk of the Court, on May 1st, 2006, using the CM/ECF system which will send notification of such filing to the following: <u>David M. Blume, Neil J. Evans and Michael McGaughran</u>.

>   ___s/James S. Coon_____
> James S. Coon, OSB # 77145
> Telephone: (503) 228-5222
> Of Attorney for Allan L. Henon

**SWANSON, THOMAS & COON**
820 SW Second Ave., Suite 200
Portland OR 97204
(503) 228-5222

Page 1 – PLAINTIFF'S CERTIFICATE OF SERVICE – 05-738-PK